THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Bonita B.,
 Christopher S., John Doe and C.S., DOB: 01/19/99, M.G., DOB: 01/21/04, Defendants,
 Of Whom Bonita
 B., is the Appellant.
 
 
 

Appeal From Aiken County
 Kellum W. Allen, Family Court Judge

Unpublished Opinion No. 2008-UP-305
 Submitted June 2, 2008  Filed June 11,
2008

AFFIRMED

 
 
 
 Andrew Wayne Holliday, J. Arthur Davison, of Augusta, for
 Appellant.
 Dennis M. Gmerek, of Aiken, for Respondent.
 
 
 

PER CURIAM: This appeal arises from the termination of parental
 rights of Bonita B.  After a thorough review of the record pursuant to Ex parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J., and
SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.